In the Matter of the Claim made by VINCENT IANNI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present—Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.